Sophia S. Lau, Esq. (Nevada Bar No. 13365)
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and
CHICAGO TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:18-cv-02162-MMD-CWH<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS FIDELITY NATIONAL TITLE GROUP, INC. AND CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |



Plaintiff HSBC Bank USA National Association, as Trustee for the, Holders of Deutsche ALT-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificates Series 2007-0A3 (hereinafter "HSBC Bank"), and Defendants Fidelity National Title Group, Inc. ("Fidelity") and Chicago Title Insurance Company ("Chicago Title"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, HSBC Bank filed its Complaint in this matter on November 9, 2018 (ECF No. 1);

**WHEREAS**, Fidelity and Chicago Title were served with the Summons and Complaint on or about January 29, 2019;

**WHEREAS**, counsel for Fidelity and Chicago Title was only recently retained and requires additional time to respond to the Complaint;

**WHEREAS**, this is the first stipulation for an extension of Fidelity and Chicago Title's time to respond to the Complaint; and

**WHEREAS**, HSBC has agreed to extend Fidelity and Chicago Title's time to respond to the Complaint to March 19, 2019.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

//
//
//
//
//
//
//
//
//
//
//



1. Fidelity and Chicago Title shall file its response to the Complaint in this matter on or before <u>March 19, 2019</u>.

Dated this 26th day of February 2019

                                      EARLY SULLIVAN WRIGHT
                                        GIZER & McRAE LLP

By: */s/ Sophia S. Lau*
Sophia S. Lau., Esq.
Nevada Bar No. 13365
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Attorneys for Defendants
Fidelity National Title Group, Inc, and Chicago Title Insurance Company

Dated this 26th day of February 2019     WRIGHT, FINLAY & ZAK, LLP

By: */s/ Lindsay D. Robbins*
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for Plaintiff
HSBC Bank USA National Association, as Trustee for the, Holders of Deutsche ALT-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificate! Series 2007-0A3

**<u>ORDER</u>**

**IT IS SO ORDERED:**

By: _____
    United States Magistrate Judge


Dated: February 27, 2019 _____



3
**STIPULATION AND PROPOSED ORDER**

255036.1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*

D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

255036.1