1  WRIGHT, FINLAY & ZAK, LLP
   Matthew S. Carter, Esq.
2  Nevada Bar No. 9524
   Lindsay D. Robbins, Esq.
3  Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorney for Plaintiff HSBC Bank USA National Association, as Trustee on Behalf of the*
7  *Certificate Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3 and*
   *National Default Servicing Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br>　　　　　　Plaintiff,<br>　vs.<br>FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO TITLE INSURANCE COMPANY,<br>　　　　　　Defendants. | Case No.: 2:18-cv-02162-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF [ECF NO. 31]**<br><br>**[FIRST REQUEST]** |

Plaintiff HSBC Bank USA National Association, as Trustee on Behalf of the Certificate Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3 and National Default Servicing Corporation (hereinafter "HSBC"), and Defendants Fidelity National Title Group Inc., and Chicago Title Insurance Company, (collectively "Defendants"), by and through their respective attorneys of records, hereby stipulates and agrees as follows.

1. On May 14, 2019, Defendants filed an Emergency Motion for Leave to File Supplemental Brief in Support of Defendants Fidelity National Title Group, Inc., and

Chicago Title Insurance Company's Motion to Dismiss Plaintiff's Complaint; Declaration of Sophia S. Lau [ECF No. 31] ("Motion");

2. HSBC's response to Defendants' Motion is due May 28, 2019;

3. HSBC's counsel is requesting an additional three (3) days to file its response to Defendants' Motion, and thus is requesting an extension to May 31, 2019, to file its response;

4. This extension is requested to allow Counsel for HSBC additional time to review and respond to the points and authorities cited to in Defendants' Motion.

5. Counsel for Defendants does not oppose this extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 28th day of May, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff HSBC Bank USA*

DATED this 28th day of May, 2019.

**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant, Fidelity National Title Group, Inc. and Chicago Title Insurance Company*

Case No.: 2:18-cv-02162-MMD-CWH

**ORDER**

**IT IS SO ORDERED.**

Dated: May 28, 2019

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff HSBC Bank USA*