WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff, HSBC Bank USA National Association, as Trustee on Behalf of the Certificate Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.:   2:18-cv-02162-MMD-DJA<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, HSBC Bank USA National Association, as Trustee on Behalf of the Certificate Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3 (hereinafter referred to as "Plaintiff"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Christopher Alan James Swift, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP and therefore no longer needs to receive

///

///

notice related to this case.  Wright Finlay & Zak, LLP will continue to represent Plaintiff and request that Lindsay D. Robbins, Esq. receive all future notices.

DATED this 27th day of February, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, HSBC Bank USA National Association, as Trustee on Behalf of the Certificate Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3*

IT IS SO ORDERED.

DATED: February 28, 2020

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 27th day of February, 2020, a true and correct copy of this **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case as follows:

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
Email: slau@earlysullivan.com
Email: sma@earlysullivan.com
Email: ksinclair@earlysullivan.com

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP