WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorney for Plaintiff, HSBC Bank USA National Association, as Trustee on Behalf of the Certificate Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>                    Plaintiff,<br>       vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO TITLE INSURANCE COMPANY,<br><br>                    Defendants. | Case No.:   2:18-cv-02162-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO FILE AMENDED COMPLAINT AND TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to the Court's Minute Order dated January 25, 2022, Plaintiff, HSBC Bank USA National Association, as Trustee on Behalf of the Certificate Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3 ("HSBC") was granted leave to amend its Complaint within fifteen days of the Minute Order, setting a deadline of February 8, 2022 for HSBC to file its Amended Complaint [ECF No. 59].  Due to an inadvertent calendaring error, HSBC requests a two-week extension until February 23, 2022 to file its Amended Complaint. Counsel for Defendants does not oppose the request for an extension so long as Defendants have until March 9, 2022 to file motions to dismiss or otherwise respond to HSBC's Amended Complaint. If

1  necessary, Defendants' deadline to file an answer to the Amended Complaint will be tolled for
2  fourteen (14) days until after the Court enters an order ruling on Defendants' motions to dismiss.
3  Accordingly, the Parties stipulate and agree to an extension of time for HSBC to file its Amended
4  Complaint through and including February 23, 2022 and that Defendants will have through and
5  including March 9, 2022 to file its motions to dismiss the Amended Complaint, and will not have
6  to file an answer to the Amended Complaint until fourteen (14) days after the Court enters an
7  order ruling on the motions to dismiss. This is the parties first request for an extension, which is
8  made in good faith and not for the purpose of undue delay or to prejudice any party.

**IT IS SO STIPULATED.**

DATED this 15th day of February, 2022.                    DATED this 15th day of February, 2022.

WRIGHT, FINLAY & ZAK, LLP                                  EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Lindsay D. Dragon, Esq.*                              */s/ Sophia S. Lau, Esq.*
Lindsay D. Dragon, Esq.                                    Sophia S. Lau, Esq.
Nevada Bar No. 13474                                       Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200                             8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117                                        Las Vegas, Nevada 89148
*Attorneys for Plaintiff, HSBC Bank USA*                   *Attorneys for Defendants, Fidelity*
*National Association, as Trustee on Behalf*               *National Title Insurance Group, Inc. and*
*of the Certificate Holders of Deutsche Alt-A*             *Chicago Title Insurance Company*
*Securities Mortgage Loan Trust, Series*
*2007-OA3*

**IT IS SO ORDERED.**

DATED this  17th  day of  February , 2022.

_____
UNITED STATES MAGISTRATE JUDGE