Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Michael A. Pintar, Nevada Bar No. 3789
  *michael.pintar@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada  89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for CHICAGO TITLE INSURANCE COMPANY and Specially-Appearing Defendant FIDELITY NATIONAL TITLE GROUP, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>                  Plaintiff,<br><br>          vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY,<br><br>                  Defendants. | Case No.: 2:18-cv-02162-MMD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS AND RESPONSE TO PLAINTIFF'S COUNTER-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |



**STIPULATION AND ORDER**

668795.2

Case 2:18-cv-02162-MMD-DJA   Document 70   Filed 03/24/22   Page 2 of 4

COMES NOW defendant Chicago Title Insurance Company and specially appearing defendant Fidelity National Title Group, Inc. ("Defendants") on the one hand, and Plaintiff HSBC Bank USA, National Association ("Plaintiff") on the other hand (collectively, the "Parties"), by and through their respective attorneys of record, and hereby agree and stipulate as follows:

1. On March 4, 2022, defendant Chicago Title Insurance Company ("Chicago Title") filed a Motion to Dismiss Plaintiff's First Amended Complaint;

2. On March 9, 2022, specially appearing defendant Fidelity National Title Group, Inc. ("FNTG") filed a Motion to Dismiss Plaintiff's First Amended Complaint.

3. On March 18, 2022, Plaintiff filed an Opposition to Chicago Title's Motion to Dismiss and a Counter-Motion for Partial Summary Judgment;

4. Also on March 18, 2022, Plaintiff filed an Opposition to FNTG's Motion to Dismiss;

5. Defendants' deadline to file replies in support of their Motions to Dismiss is currently March 25, 2022;

6. Defendants request an extension of time to file replies in support of their Motions to Dismiss, through and including April 19, 2022, to afford Defendants' counsel additional time to respond to the legal arguments set forth in Plaintiff's Oppositions;

7. Defendants also request an extension of time to April 19, 2022, to oppose Plaintiff's Counter-Motion for Partial Summary Judgment;

8. Plaintiff does not oppose the requested extensions;

9. This is the first request for extensions which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that:

1. Defendant Chicago Title's deadline to file a reply in support of its Motion to Dismiss is extended through and including April 19, 2022;



2. Defendant Chicago Title's deadline to file an opposition to plaintiff's Counter-Motion for Partial Summary Judgment is extended through and including April 19, 2022; and

3. Defendant FNTG's deadline to file a reply in support of its Motion to Dismiss is extended through and including April 19, 2022.

Dated: March 24, 2022

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: */s/- Scott E. Gizer*
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY and Specially-Appearing Defendant FIDELITY NATIONAL TITLE GROUP, INC.

Dated: March 24, 2022

MCCORMICK, BARSTOW, SHEPPARD,
 WAYTE & CARRUTH LLP

By: */s/- Michael A. Pintar*
MICHAEL A. PINTAR
Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY and Specially-Appearing Defendant FIDELITY NATIONAL TITLE GROUP, INC.

Dated: March 24, 2022

WRIGHT FINLAY & ZAK, LLP

By: */s/- Darren T. Brenner*
DARREN T. BRENNER
Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION

**IT IS ORDERED.**

DATED: March 24, 2022            By: _____
                                     MIRANDA M. DU
                                     UNITED STATES DISTRICT JUDGE



## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP