EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
Scott E. Gizer, Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Nevada Bar No. 13365
  slau@earlysullivan.com
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:    (702) 331-7593
Facsimile:    (702) 331-1652

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Michael A. Pintar, Nevada Bar No. 3789
  michael.pintar@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for FIDELITY NATIONAL TITLE
GROUP, INC. and CHICAGO TITLE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>    Plaintiff,<br><br>    v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO TITLE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:18-cv-02162-MMD-DJA<br><br>**NOTICE OF MICHAEL R. MERRITT NO LONGER COUNSEL OF RECORD** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Michael R. Merritt, Esq., previously an attorney with McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, is no longer with the firm. Please remove

1  Michael R. Merritt, Esq., from your service list.  **Effective immediately**, the responsible attorney
2  on this file for Defendants, Fidelity National Title Group, Inc. and Chicago Title Insurance
3  Company, is **Michael A. Pintar, Esq**.

4  Please address all further correspondence, pleadings and discovery to the attention of
5  Michael A. Pintar, at McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, 8337 West Sunset
6  Rd., Suite 350, Las Vegas, NV 89113, or e-mail *michael.pintar@mccormickbarstow.com.*

7  Scott E. Gizer, Esq., and Sophia S. Lau, Esq., of Early Sullivan Wright Gizer & McRae,
8  LLP, remain as attorneys of record in this case.

10  Dated: April 8th, 2022                    McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP

                                   By:      /s/ Michael A. Pintar
                                              Michael A. Pintar
                                              Nevada Bar No. 3789
                                   Attorneys for FIDELITY NATIONAL TITLE GROUP,
                                   INC. and CHICAGO TITLE INSURANCE COMPANY

19  **IT IS SO ORDERED**.

20  DATED: April 12, 2022

    _____
    DANIEL J. ALBREGTS
    UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2022, a true and correct copy of **NOTICE OF MICHAEL R. MERRITT NO LONGER COUNSEL OF RECORD** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Mele D. Puletau
Mele D. Puletau, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

028144-000020 8332328.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

3    Case No. 2:18-cv-02162-MMD-DJA
NOTICE OF MICHAEL R. MERRITT NO LONGER COUNSEL OF RECORD