1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     sgizer@earlysullivan.com
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     slau@earlysullivan.com
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   MCCORMICK, BARSTOW, SHEPPARD,
7  WAYTE & CARRUTH LLP
   Michael A. Pintar, Nevada Bar No. 3789
8    michael.pintar@mccormickbarstow.com
   8337 West Sunset Road, Suite 350
9  Las Vegas, Nevada  89113
   Telephone:     (702) 949-1100
10 Facsimile:      (702) 949-1101

11 Attorneys for Defendants
   CHICAGO TITLE INSURANCE COMPANY and
12 Specially-Appearing Defendant FIDELITY NATIONAL TITLE
   GROUP, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:18-cv-02162-MMD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FIDELITY NATIONAL TITLE GROUP, INC. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |



674798.1

**STIPULATION AND ORDER**

COMES NOW specially appearing defendant Fidelity National Title Group, Inc. ("Defendants") on the one hand, and Plaintiff HSBC Bank USA, National Association ("Plaintiff") on the other hand (collectively, the "Parties"), by and through their respective attorneys of record, and hereby agree and stipulate as follows:

1. On March 9, 2022, specially appearing defendant Fidelity National Title Group, Inc. ("FNTG") filed a Motion to Dismiss Plaintiff's First Amended Complaint.

2. On March 18, 2022, Plaintiff filed an Opposition to FNTG's Motion to Dismiss;

3. FNTG's original deadline to file its reply in support of its Motion to Dismiss was March 25, 2022;

4. The parties last agreed to extend FNTG's deadline to file its reply in support of its Motion to Dismiss to May 2, 2022[1];

5. The parties have reached an agreement in theory by which FNTG will be dismissed from this matter. In order to conserve resources, the parties stipulate and agree that FNTG shall have an additional 30-days to file its reply in support of its Motion to Dismiss through and including June 6, 2022. Should the parties finalize their agreement before then, an appropriate dismissal of FNTG will be filed;

6. Plaintiff does not oppose the requested extension;

7. This is the second request for extension which is made in good faith and not for the purposes of delay.

///
///
///
///
///
///

---

[1] The parties were unable to file the stipulation in advance of the May 2, 2022 deadline because they were still discussing the proposed content of the stipulation.



674798.1

2
STIPULATION AND ORDER

**IT IS SO STIPULATED** that:

1. Defendant FNTG's deadline to file a reply in support of its Motion to Dismiss is extended through and including June 6, 2022.

Dated: May 6, 2022

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: __/s/- Sophia S. Lau__
    SCOTT E. GIZER
    SOPHIA S. LAU
    Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY and Specially-Appearing Defendant FIDELITY NATIONAL TITLE GROUP, INC.

Dated: May 6, 2022

MCCORMICK, BARSTOW, SHEPPARD,
 WAYTE & CARRUTH LLP

By: __/s/- Michael A. Pintar__
    MICHAEL A. PINTAR
    Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY and Specially-Appearing Defendant FIDELITY NATIONAL TITLE GROUP, INC.

Dated: May 6, 2022

WRIGHT FINLAY & ZAK, LLP

By: __/s/- Lindsay D. Dragon__
    DARREN T. BRENNER
    LINDSAY D. DRAGON
    Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION

**IT IS ORDERED.**

DATED: May 6, 2022

By: _____
    MIRANDA M. DU
    UNITED STATES DISTRICT JUDGE



## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                              */s/ Robie Ann Atienza-Jones*
                              ROBIE ANN ATIENZA-JONES
                              An Employee of EARLY SULLIVAN
                              WRIGHT GIZER & McRAE LLP