# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HSBC Bank USA, National Association, as trustee for the holders of Deutsche Alt-A Securities Inc., Mortgage Loan Pass-Through Certificates Series 2007-OA3,<br><br>Plaintiffs,<br><br>v.<br><br>Fidelity National Title Group, Inc. and Chicago Title Insurance Company,<br><br>Defendants. | Case No. 2:18-cv-02162-MMD-DJA<br><br>**Order** |

Before the Court is a stipulation to stay discovery pending resolution of Chicago Title Insurance Company's motion to dismiss; HSBC Bank USA's countermotion for partial summary judgment, Chicago Title's countermotion for summary judgment; and Fidelity National Title Group, Inc's motion to dismiss. (ECF No. 80). Considering the governing standards—*Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013)—the Court finds that a stay of discovery is appropriate in this case.

**IT IS THEREFORE ORDERED** that the stipulation to stay discovery (ECF No. 80) is **granted.**

DATED: May 12, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE