WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee on Behalf of the Certificate Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:18-cv-02162-MMD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT FIDELITY NATIONAL TITLE GROUP, INC. WITH PREJUDICE** |

Plaintiff HSBC Bank USA National Association, as Trustee on Behalf of the Certificate Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3 ("Plaintiff") and Defendant Fidelity National Title Group, Inc. ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed as to DEFENDANT FIDELITY NATIONAL TITLE GROUP, INC. ONLY, with each party to bear its own fees and costs.

DATED this 27th day of February, 2023.

WRIGHT, FINLAY & ZAK, LLP

/s/ Darren T. Brenner , Esq.
Darren T. Brenner, Esq.
Nevada Bar No. 8386
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff HSBC Bank USA National Association, as Trustee on Behalf of the Certificate Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3*

DATED this 27th day of February, 2023.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

/s/ Scott E. Gizer, Esq.
Scott E. Gizer, Esq.,
Nevada Bar No. 12216
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendant Fidelity National Title Group, Inc.*

**IT IS SO ORDERED.**

Dated this 27th day of February, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE