# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:18-cv-02162-MMD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR CHICAGO TITLE INSURANCE COMPANY TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |



**STIPULATION AND ORDER**

674798.1

COMES NOW defendant Chicago Title Insurance Company ("Defendants") on the one hand, and Plaintiff HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificates Series 2007-OA3 ("Plaintiff") on the other hand (collectively, the "Parties"), by and through their respective attorneys of record, and hereby agree and stipulate as follows:

1. On August 8, 2023, Plaintiff filed a Motion for Partial Summary Judgment [ECF No. 101].

2. The current deadline for Defendant to file its response to Plaintiff's Motion for Partial Summary Judgment is August 29, 2023.

3. Defendant requests a fourteen (14) day extension of its deadline to file its response to Plaintiff's Motion for Partial Summary Judgment, so that the new deadline is September 12, 2023, to afford Defendant additional time to review and respond to the arguments in Plaintiff's Motion.

4. Counsel for Plaintiff does not oppose the requested extension.

5. This is the first request for extension which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 28th day of August, 2023.    DATED this 28th day of August, 2023.

EARLY SULLIVAN WRIGHT                    WRIGHT, FINLAY & ZAK, LLP
  GIZER & McRAE LLP

/s/ Sophia S. Lau                        /s/ Darren T. Brenner
Sophia S. Lau, Esq.,                     Darren T. Brenner, Esq.
Nevada Bar No. 13365                     Nevada Bar No. 8386
8716 Spanish Ridge Avenue, Suite 105     7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89148                  Las Vegas, NV 89117
*Attorneys for Defendant*                *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED: August 29, 20223                  By: _____
                                              MIRANDA M. DU
                                              UNITED STATES DISTRICT JUDGE



674798.1

2
**STIPULATION AND ORDER**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

>    */s/ Robie Ann Atienza-Jones*
>    ROBIE ANN ATIENZA-JONES
>    An Employee of EARLY SULLIVAN
>    WRIGHT GIZER & McRAE LLP