Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Michael A. Pintar, Nevada Bar No. 3789
  *michael.pintar@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada  89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY
.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association, | Case No.: 2:18-cv-02162-MMD-DJA |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR CHICAGO TITLE INSURANCE COMPANY TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO CHICAGO TITLE'S MOTION FOR LEAVE TO FILE SURREPLY TO HSBC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY, | **(FIRST REQUEST)** |
| Defendants. | |


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

674798.1

STIPULATION AND ORDER

Defendant Chicago Title Insurance Company ("Defendant") on the one hand, and Plaintiff HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificates Series 2007-OA3 ("Plaintiff") on the other hand (collectively, the "Parties"), by and through their respective attorneys of record, and hereby agree and stipulate as follows:

1. On October 3, 2023, Defendant filed a Motion for Leave to File Surreply to HSBC's Motion for Summary Judgment [ECF No. 119] ("Motion for Surreply").

2. On October 4, 2023, Plaintiff filed its Opposition to the Motion for Surreply [ECF No. 121] ("Opposition").

3. The current deadline for Defendant to file its reply to Plaintiff's Opposition is October 11, 2023.

4. Defendant requests a two (2) day extension of its deadline to file its response to Plaintiff's Opposition, so that the new deadline is October 13, 2023. Defendant asserts this additional time is needed to to review and respond to the arguments in Plaintiff's Opposition.

5. Counsel for Plaintiff does not oppose the requested extension.

6. This is Defendant's first request for extension which Defendant represents is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 11th day of October, 2023.

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendant*

DATED this 11th day of October, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Darren T. Brenner*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*



1

**IT IS SO ORDERED.**

2

DATED:    October 11, 2023                By: _____

3
                                          MIRANDA M. DU
                                          UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

674798.1

**STIPULATION AND ORDER 2:18- cv-2161-MMD-DJA**

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on October 11, 2023, I electronically filed the foregoing with the Clerk

3    of the Court using the CM/ECF system which will send notification of such filling to the Electronic

4    Service List for this Case.

5          I declare under penalty of perjury under the laws of the United State of America that the

6    foregoing is true and correct.

7

8                                             */s/ Robie Ann Atienza-Jones*
                                                ROBIE ANN ATIENZA-JONES
9                                               An Employee of EARLY SULLIVAN
                                                WRIGHT GIZER & McRAE LLP
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

674798.1