1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   MCCORMICK, BARSTOW, SHEPPARD,
7  WAYTE & CARRUTH LLP
   Michael A. Pintar, Nevada Bar No. 3789
8    *michael.pintar@mccormickbarstow.com*
   8337 West Sunset Road, Suite 350
9  Las Vegas, Nevada  89113
   Telephone:     (702) 949-1100
10 Facsimile:     (702) 949-1101

11 Attorneys for Defendant
   CHICAGO TITLE INSURANCE COMPANY
12 .

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>                        Plaintiff,<br><br>                    vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY,<br><br>                      Defendants. | Case No.: 2:18-cv-02162-MMD-DJA<br><br>**STIPULATION AND ORDER TO DEFER BRIEFING RE DEUTSCHE BANK OPINION PER COURT'S NOVEMBER 3, 2023 MINUTE ORDER [ECF NO. 131]**<br><br>**(FIRST REQUEST)** |



Defendant Chicago Title Insurance Company ("Defendant") on the one hand, and Plaintiff HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificates Series 2007-OA3 ("Plaintiff") on the other hand (collectively, the "Parties"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On October 12, 2023, the Nevada Supreme Court issued its opinion in *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nev. Sup. Ct. Case No. 84161, 139 Nev. Adv. Op. 45, 536 P.3d 915, 2023 WL 6630672 (Nev. 2023) ("*Deutsche Bank*").

2. On October 30, 2023, Plaintiff filed a Petition for Rehearing in *Deutsche Bank*.

3. On November 3, 2023, the Court issued a Minute Order ordering the parties to file simultaneous, supplemental briefs within 15 days on the impact of the *Deutsche Bank* opinion, if any, on all pending motions in this case, as the Court finds that such briefing is important for the accurate resolution of the pending motions ("Supplemental Briefs") (ECF No. 131).

4. The current deadline for the parties to file the Supplemental Briefs is Friday, November 17, 2023.[1]

5. Plaintiff's Petition for Rehearing is pending and the remittitur has not yet issued in *Deutsche Bank*.

6. In the interests of judicial economy and to avoid inconsistent rulings, the Parties stipulate and request that the Court extend the deadline to file the Supplemental Briefs until fourteen (14) days after the issuance of the remittitur in *Deutsche Bank*.

7. Neither of the Parties oppose the requested extension.

/ / /

/ / /

/ / /

---

[1] The 15-day deadline from November 3, 2023 is Saturday, November 18, 2023.



674798.1

8. This is the Parties' first request for extension, which the Parties represent is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 7th day of November, 2023.    DATED this 7th day of November, 2023.

EARLY SULLIVAN WRIGHT                    WRIGHT, FINLAY & ZAK, LLP
  GIZER & McRAE LLP

*/s/ Sophia S. Lau*                      */s/ Lindsay D. Dragon*
Sophia S. Lau, Esq.,                     Lindsay D. Dragon, Esq.
Nevada Bar No. 13365                     Nevada Bar No. 13474
8716 Spanish Ridge Avenue, Suite 105     7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89148                  Las Vegas, NV 89117
*Attorneys for Defendant*                *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED: November 8, 2023         By: _____
                                     MIRANDA M. DU
                                     UNITED STATES DISTRICT JUDGE



674798.1

3
**STIPULATION AND ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                                                    */s/ Robie Ann Atienza-Jones*
                                                    ROBIE ANN ATIENZA-JONES
                                                    An Employee of EARLY SULLIVAN
                                                    WRIGHT GIZER & McRAE LLP