Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Michael A. Pintar, Nevada Bar No. 3789
  michael.pintar@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada  89113
Telephone:    (702)    949-1100
Facsimile:    (702)    949-911

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY
.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:18-cv-02162-MMD-DJA<br><br>**SECOND STIPULATION AND ORDER TO DEFER BRIEFING RE DEUTSCHE BANK OPINION PER COURT'S NOVEMBER 3, 2023 MINUTE ORDER [ECF NO. 131]**<br><br>**(SECOND REQUEST)** |


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

674798.1

STIPULATION AND ORDER

Defendant Chicago Title Insurance Company ("Defendant") on the one hand, and Plaintiff HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificates Series 2007-OA3 ("Plaintiff") on the other hand (collectively, the "Parties"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1.   On October 12, 2023, the Nevada Supreme Court issued its opinion in *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nev. Sup. Ct. Case No. 84161, 139 Nev. Adv. Op. 45, 536 P.3d 915, 2023 WL 6630672 (Nev. 2023) ("*Deutsche Bank*").

2.   On October 30, 2023, Plaintiff filed a Petition for Rehearing in *Deutsche Bank*.

3.   On November 3, 2023, the Court issued a Minute Order ordering the parties to file simultaneous, supplemental briefs within 15 days on the impact of the *Deutsche Bank* opinion, if any, on all pending motions in this case, as the Court finds that such briefing is important for the accurate resolution of the pending motions ("Supplemental Briefs") (ECF No. 131).

4.   On November 7, 2023, the Court granted the parties' request to defer the supplemental briefs until 14 days after the remittitur of *Deutsche Bank*.

5.   On December 8, 2023, the remittitur in *Deutsche Bank* was issued.

6.   Accordingly, the current deadline for the parties to file the Supplemental Briefs is Friday, December 22, 2023.

7.   The Parties stipulate and request that the Court extend the deadline to file the Supplemental Briefs an additional fourteen (14) days to January 5, 2024.

8.   Neither of the Parties oppose the requested extension.

/ / /

/ / /

/ / /

/ / /


EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
ATTORNEYS AT LAW

674798.1

2

**STIPULATION AND ORDER**

9.      This is the Parties' second request for extension, which the Parties represent is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 22nd day of December, 2023.

EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendant*

DATED this 22nd day of December, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED:  December 28, 2023

By: _____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

674798.1

3
STIPULATION AND ORDER

**CERTIFICATE OF SERVICE**

1

2    I hereby certify that on December 22, 2023, I electronically filed the foregoing with the

3    Clerk of the Court using the CM/ECF system which will send notification of such filling to the

4    Electronic Service List for this Case.

5    I declare under penalty of perjury under the laws of the United State of America that the

6    foregoing is true and correct.

7

8                                              */s/ Valerie Segura*
                                               VALERIE SEGURA
9                                              An Employee of EARLY SULLIVAN
                                               WRIGHT GIZER & McRAE LLP
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**

674798.1