1  WRIGHT, FINLAY & ZAK, LLP
2  Darren T. Brenner, Esq.
   Nevada Bar No. 8386
3  Yanxiong Li, Esq.
   Nevada Bar No. 12807
4  Lindsay D. Dragon, Esq.
   Nevada Bar No. 13474
5  7785 W. Sahara Ave., Suite 200
6  Las Vegas, NV 89117
   (702) 475-7967; Fax: (702) 946-1345
7  dbrenner@wrightlegal.net
   yli@wrightlegal.net
8  ldragon@wrightlegal.net
9  *Attorney for Plaintiff, HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificates Series 2007-OA3*
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:18-cv-02162-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>(FIRST REQUEST) |

Plaintiff, HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificates Series 2007-OA3 (hereinafter "HSBC") and Defendant Chicago Title Insurance Company ("Chicago Title" and together with HSBC, hereafter as the "Parties") hereby stipulate and agree that HSBC shall have an additional fourteen (14) days from the current deadline of February 23, 2024, up to and including March 8, 2024, to respond to Chicago Title's Motion for Attorney's Fees and Costs

1  [ECF No. 143]. Parties further stipulate and agree that any reply in support of said Motion for
2  Attorney's Fees and Costs Chicago Title desires to file shall be due by March 29, 2024.
3       The undersigned counsel for HSBC recently took over handling of this matter from
4  associate counsel, Ms. Lindsay D. Dragon, Esq. due to her maternity leave and required additional
5  time to get up to speed to prepare the Opposition.  Moreover, lead counsel for HSBC, Mr. Darren
6  Brenner, Esq. is out-of-state for professional conference and speaking engagement until February
7  26, 2024, so additional time is needed to review and finalize, as well as obtain approval, of the
8  Opposition.  Similarly, additional time is needed for Chicago Title to file its Reply as its lead
9  counsel, Mr. Scott E. Gizer, Esq., will be out-of-office during the week of March 11, 2024 and
10 Mr. Scott Reddie, Esq., will be out-of-office during the week of March 18, 2024.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This is the Parties' first request for an extension of these briefing deadlines, and is not submitted to cause any undue delay or prejudice.

**IT IS SO STIPULATED.**

DATED this 23rd day of February, 2024.

WRIGHT, FINALY & ZAK, LLP

/s/ Yanxiong Li
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Yanxiong Li, Esq.
Nevada Bar No. 12807
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificates Series 2007-OA3*

DATED this 23rd day of February, 2024.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

/s/ Scott E. Gizer
Scott E. Gizer, Esq.
Nevada Bar No. 12216
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148

Michael A. Pintar, Esq.
Nevada Bar No. 3789
**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**
8337 W. Sunset Rd., Suite 350
Las Vegas, Nevada 89113

*Attorneys for Defendant, Chicago Title Insurance Company*

**IT IS SO ORDERED.**

Dated this __23rd__ day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE