WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
702-637-2345; Fax 702-946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificates Series 2007-OA3*

## UNITED STATES DISTRICT COURT
## STATE OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES SERIES 2007-OA3, a National Banking Association,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:18-cv-02162-MMD-DJA<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificates Series 2007-OA3 and Defendant, Chicago Title Insurance Company, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

1    IT IS HEREBY STIPULATED AND AGREED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and all claims in this action shall be dismissed WITH PREJUDICE.

IT IS FURTHER STIPULATED AND AGREED that each party shall be responsible for its own fees and costs.

IT IS SO STIPULATED.

| DATED the 16th day of September, 2024. | DATED the 16th day of September, 2024. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY, SULLIVAN, WRIGHT, GIZER & MCRAE LLP |
| */s/ Lindsay D. Dragon* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 8337 W. Sunset Rd., Suite 220 <br> Las Vegas, NV 89113 <br> *Attorney for Plaintiff, HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities, Inc., Mortgage Loan Trust Pass-Through Certificates Series 2007-OA3* | */s/ Scott E. Gizer* <br> Scott E. Gizer, Esq. <br> Nevada Bar No. 221962 <br> 6420 Wilshire Boulevard, 17th Floor <br> Los Angeles, California 90048 <br> *Attorneys for Defendant, Chicago Title Insurance Company* |

**ORDER**

IT IS SO ORDERED.

DATED: September 17, 2024.

_____
UNITED STATES DISTRICT JUDGE